**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT POTTS, | ) | CASE NO. 5:12-CV-02688 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN BOTTLING | ) | **JUDGMENT ENTRY** |
| COMPANY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties informed the Court that they reached an agreement on the issue of damages resulting from the Court's Order for Sanctions. Doc. 57. The parties have memorialized this agreement on the record. As such, the Court considers the issue of damages to be fully-resolved. However, the Court will retain jurisdiction over the settlement agreement in order to resolve any disputes that arise.

IT IS SO ORDERED.

December 4, 2015                    */s/ John R. Adams*
                                   JUDGE JOHN R. ADAMS
                                   UNITED STATES DISTRICT COURT